UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CITIBANK, N.A.,                )
                               )
       Plaintiff,          )
                               )
   v.                          )   Case No. 1:13-cv-1087 (AJT/JFA)
                               )
CHARLES S. TRIPLETT,           )
                               )
       Defendant.          )
_____)

## ORDER

    This matter is before the Court on the Report and Recommendation [Doc. No. 12] of the Magistrate Judge recommending that default judgment be entered in favor of Plaintiff Citibank, N.A., in the amount of $349,873.79 in damages, including unpaid principal in the amount of $318,547.20, $22,876.43 in accrued and unpaid interest and attorney's fees and costs in the amount of $8,450.16, plus *per diem* interest in the amount of $76.36 from January 1, 2014 until the date of payment. No objection has been filed by the defendant. Upon consideration of the Report and Recommendation, and after the Court conducted a *de novo* review of the evidence in this case, the Court hereby adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

    ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 7] be, and the same hereby is, GRANTED; and it is further

    ORDERED that default judgment be, and the same hereby is, ENTERED against Defendant Charles S. Triplett, in the amount of $349,873.79, plus *per diem* interest in the amount of $76.36 from January 1, 2014 until the date of payment; provided, however, that should the

plaintiff determine that the amount of judgment entered is in excess of the amount necessary to fulfill its obligations it shall return to the defendants whatever funds remain.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Charles S. Triplett at:

>Charles S. Triplett
>1350 Beverly Road, Apt. 424
>Mclean, Virginia 22101

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 20, 2014